

FILED
03/30/2021
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0498

THOMAS JAMES BICK,

      Petitioner, Obligor,
      and Appellant,

   v.

KATHLEEN JO JOHNSON,

      Respondent, Obligee,
      and Appellee,

   and

MONTANA DEPARTMENT OF PUBLIC HEALTH
AND HUMAN SERVICES, CHILD SUPPORT
ENFORCEMENT DIVISION, EX REL.,

      Respondent and Appellee.

FILED

MAR 3 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to Appellant's motion for an extension of time, and good cause therefore,

IT IS ORDERED that Appellant has until May 3, 2021, within which to file his opening brief.

No further extensions will be granted.

DATED this 30ᵗʰ day of March, 2021.

For the Court,

By _____
             Chief Justice